154 A.3d 677

IN THE MATTER OF THE CIVIL COMMITMENT
OF M.M. SVP 676-13. (M.M.—PETITIONER)

October 14, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001328-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 677

RACHELE LOUISE CASTELLO, PLAINTIFF-RESPONDENT,
v. ALEXANDER M. WOHLER, M.D., DEFENDANT-
PETITIONER.

October 14, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000337-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.